**Fill in this information to identify your case:**

Debtor 1 __BROCK__ __DAVIS__ __REED__
         First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __WESTERN__ District of __VIRGINIA__

Case number _____
(If known)

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
MAY 24 2022
By _____
DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X __Brock Reed__      X _____
Signature of Debtor 1         Signature of Debtor 2

Date __05/13/2022__      Date _____
    MM / DD / YYYY         MM / DD / YYYY

Official Form 106Dec        Declaration About an Individual Debtor's Schedules